JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Deposit Insurance Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>General Star National Insurance Company,<br><br>      Defendant. | Case No. **CV 11-3729-JFW (MRWx)**<br><br>**JUDGMENT** |

    The Court, having granted the Defendant General Star National Insurance Company's ("General Star") motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant General Star was entitled to judgment as a matter of law on all claims for relief alleged against it,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

    1.  Plaintiff Federal Deposit Insurance Corporation ("FDIC") shall recover nothing from the named Defendant;

    2.  Defendant General Star shall have judgment in its favor on Plaintiff FDIC's entire action; and

3.  Defendant General Star shall recover from Plaintiff FDIC its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: February 7, 2012

                                      JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE